**E-filed 3/29/06**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| **RICHARD GUTIERREZ,** | C 06-0307 JF |
| Petitioner, | **ORDER** |
| **v.** | |
| **A. J. MALFI, Warden,** | |
| Respondent. | |

GOOD CAUSE APPEARING, it is hereby ordered that respondent may have until March 27, 2006, to file the answer to the petition for writ of habeas corpus.  If petitioner wishes to respond to the answer, he shall do so by filing a traverse with the court and serving it on respondent within 30 days of service of the answer.

DATED:  _ 3/28 _____, 2006.

_____
JEREMY FOGEL
United States District Judge