

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RICHARD GUTIERREZ,<br><br>　　　　　　Petitioner,<br><br>　v.<br><br>A. J. MALFI, Warden,<br><br>　　　　　　Respondent. | C 06-0307 JF<br><br>**ORDER** |

GOOD CAUSE APPEARING, it is hereby ordered that respondent may have until April 21, 2006, to file the answer to the petition for writ of habeas corpus. If petitioner wishes to respond to the answer, he shall do so by filing a traverse with the court and serving it on respondent within 30 days of service of the answer.

DATED: 4/27/ , 2006.

JEREMY FOGEL
United States District Judge

## DECLARATION OF SERVICE BY U.S. MAIL

Case Name: **Gutierrez v. Malfi**    No.: **C 06-0307 JF**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On <u>April 11, 2006</u>, I served the attached

**APPLICATION FOR ENLARGEMENT OF TIME TO FILE ANSWER TO PETITION FOR WRIT OF HABEAS CORPUS**

**DECLARATION OF COUNSEL IN SUPPORT OF APPLICATION FOR ENLARGEMENT OF TIME TO FILE ANSWER TO PETITION FOR WRIT OF HABEAS CORPUS**

**ORDER**

by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 455 Golden Gate Avenue, Suite 11000, San Francisco, California 94102-7004, addressed as follows:

John Doyle
Attorney at Law
Pier 29 Annex
San Francisco, CA 94111

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on April 11, 2006, at San Francisco, California.

| Pearl Lim | *(signature)* |
|---|---|
| Declarant | Signature |