**E-filed 5/25/06**

# United States District Court
## for the Northern District of California
### San Jose Division

| | |
|---|---|
| RICHARD GUTIERREZ,<br>　　　Petitioner,<br><br>　　vs.<br><br>A. J. MALFI, Warden,<br>　　　　Respondent. | Case No.: C-06-0307-JF<br><br>**ORDER** |

　　　GOOD CAUSE APPEARING, it is hereby ordered that petitioner may have until June 8, 2006 to file the traverse to the answer to the petition for writ of habeas corpus.

Dated: _____5/23_____ 2006.

_____
JEREMY FOGEL
United States District Judge