**E-Filed 10/14/2010**

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| RICHARD GUTIERREZ, | Case Number 5:06-CV-00307-JF |
| Petitioner, | ORDER DENYING COA |
| v. | |
| A. J. MALFI, Warden, | Re: Docket No. 1 |
| Respondent. | |

On October 14, 2010, this Court denied the petition for writ of habeas corpus brought by Petitioner Richard Gutierrez in the instant case and entered judgment for Respondents. Petitioner has not shown "that jurists of reason would find it debatable whether the petition states a valid claim of the denial of a constitutional right [or] that jurists of reason would find it debatable whether the district court was correct in its procedural ruling." *Slack v. McDaniel,* 529 U.S. 473, 484 (2000). Accordingly, a Certificate of Appealability will be denied.

IT IS SO ORDERED.

DATED: 10/14/2010

_____
JEREMY FOGEL
United States District Judge

Case No.5:06-CV-00307-JF
ORDER DENYING COA
(JFEX2)